UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

FILED

05 APR -1 PM 6:06

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. Deputy-In-Charge

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF SETTING
### Before Judge Samuel H. Mays, Jr., United States District Judge

April 1, 2005

RE:   03-2214-Ma
      Smith & Nephew, Inc. v. Arthrocare Corp.

Dear Sir/Madam:

A **STATUS CONFERENCE** has been **SET** before **Judge Samuel H. Mays, Jr.** on **FRIDAY, JUNE 24, 2005** at **9:00 A.M. in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: *[signature]*

Jean Lee, Case Manager
901-495-1239

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 149 in case 2:03-CV-02214 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

William F. Lee
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M St., NW
Washington, DC 20037

Kymberleigh N Korpus
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Pkwy
Redwood Shores, CA 94065

Joelle C. Lumish
WEIL, GOTSHAL & MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Mark G. Matuschak
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M St., NW
Washington, DC 20037

Shawn D. Sentilles
WRIGHT MEDICAL TECHNOLOGY, INC.
5677 Airline Rd.
Arlington, TN 38002--950

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kwang-chien Ger
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Pkwy
Redwood Shores, CA 94065

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James M. Dowd
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M St., NW
Washington, DC 20037

Sandra A. Bresnick
WEIL GOTSHAL & MANGES
767 Fifth Ave.
New York, NY 10153

Matthew A. Stowe
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M St., NW
Washington, DC 20037

Jared Ben Bobrow
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Pkwy
Redwood Shores, CA 94065

Honorable Samuel Mays
US DISTRICT COURT