UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

FILED BY ~~~ D.C.

05 SEP 15 PM 5: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| SMITH & NEPHEW, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03–2214 Ma/An |
| | ) | |
| ARTHROCARE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

---

STIPULATION OF SETTLEMENT AND
CONSENT ORDER DISMISSING ACTION WITHOUT PREJUDICE

---

Through their undersigned counsel, the parties hereby jointly advise the Court and stipulate that they have entered into an agreement for the settlement of all matters in controversy in this action, which agreement provides for the dismissal of this action without prejudice as provided in this Order, each party to bear its own attorney fees and costs.

On application of the parties, the Court hereby accepts and approves the foregoing stipulation.

Accordingly, based upon such stipulation and by consent of the parties, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is ORDERED that this action is dismissed, without prejudice, each party to bear its own attorney fees and costs.

513934.2

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-16-05___

156

_____

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

_____

DATE OF SIGNATURE


STIPULATED, APPROVED AND CONSENTED TO:

_____

Mark Vorder-Bruegge, Jr.
Attorney for Plaintiff

_____

Saul C. Belz, Esq.
Attorney for Defendant

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 156 in case 2:03-CV-02214 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Matthew A. Stowe
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M St., NW
Washington, DC 20037

Shawn D. Sentilles
WRIGHT MEDICAL TECHNOLOGY, INC.
5677 Airline Rd.
Arlington, TN 38002--950

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark G. Matuschak
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M St., NW
Washington, DC 20037

Joelle C. Lumish
WEIL, GOTSHAL & MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065

William F. Lee
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M St., NW
Washington, DC 20037

Kymberleigh N Korpus
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Pkwy
Redwood Shores, CA 94065

Kwang-chien Ger
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Pkwy
Redwood Shores, CA 94065

James M. Dowd
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M St., NW
Washington, DC 20037

Sandra A. Bresnick
WEIL GOTSHAL & MANGES
767 Fifth Ave.
New York, NY 10153

Jared Ben Bobrow
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Pkwy
Redwood Shores, CA 94065

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT