UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 5 PM 1:32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SMITH & NEPHEW, INC.,

    Plaintiff,

v.                                                Cv. No. 03-2214-Ma

ARTHROCARE CORP.,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice, in accordance with the Consent Order, docketed September 16, 2005.  Each party shall bear its own attorneys fees and costs.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 4, 2005                          THOMAS M. GOULD
_____            _____
DATE                                     CLERK

                                                          (By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  10-7-05

157



# Notice of Distribution

This notice confirms a copy of the document docketed as number 157 in case 2:03-CV-02214 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Shawn D. Sentilles
WRIGHT MEDICAL TECHNOLOGY, INC.
5677 Airline Rd.
Arlington, TN 38002--950

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark G. Matuschak
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M St., NW
Washington, DC 20037

Jared Ben Bobrow
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Pkwy
Redwood Shores, CA 94065

Joelle C. Lumish
WEIL, GOTSHAL & MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

William F. Lee
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M St., NW
Washington, DC 20037

Kymberleigh N Korpus
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Pkwy
Redwood Shores, CA 94065

Kwang-chien Ger
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Pkwy
Redwood Shores, CA 94065

Matthew A. Stowe
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M St., NW
Washington, DC 20037

James M. Dowd
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M St., NW
Washington, DC 20037

Sandra A. Bresnick
WEIL GOTSHAL & MANGES
767 Fifth Ave.
New York, NY 10153

Honorable Samuel Mays
US DISTRICT COURT